UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>Carol A. Peden<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   17-05047<br><br>Chapter: 7<br>Honorable Timothy Barnes |

## ORDER AUTHORIZING TRUSTEE TO RETAIN COUNSEL

This matter came on to be heard on the application of N. Neville Reid, not individually but solely as trustee for the estate of Carol A. Peden, for an order authorizing him to employ Bruce E. de'Medici pursuant to 11 U.S.C. §327(a) and Fed. R. Bankr. P. 2014; the Trustee provided due notice of the application; the Court heard the representations of the parties and being advised in the premises, orders as follows:

Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, the Trustee is hereby authorized to employ Bruce E. de'Medici as his counsel in this case.

The Trustee's authority to compensate Bruce de'Medici and reimburse him for costs that he incurs in representing the Trustee is subject to further order of this Court pursuant to 11 U.S.C. § 330(a) and Fed. R. Bankr. P. 2016.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  February 06, 2018

**Prepared by:**

Bruce de'Medici
834 Forest Avenue
Oak Park IL | 60302
Tel: 312.731.6778