# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Timothy A. Barnes | **Hearing Date** | February 28, 2018 |
| **Bankruptcy Case** | 17 B 05047 | **Adversary No.** | |
| **Title of Case** | Carol A. Peden | | |

**Brief Statement of Motion:** Trustee's Motion For Turnover Of Property Of The Estate: HSBC Stock

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Motion is withdrawn without prejudice.

/s/ Timothy A. Barnes