**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-05047 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | CAROL A. PEDEN | | | | Date Filed (f) or Converted (c): | 02/22/2017 (f) |
| | | | | | 341(a) Meeting Date: | 03/23/2017 |
| For Period Ending: | 03/31/2018 | | | | Claims Bar Date: | 07/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9724 S. KARLOV UNIT 202 OAK LAWN IL 60453-0000 COOK | 62,655.00 | 0.00 | | 0.00 | FA |
| 2. 2000 VOLKSWAGON CABIO | 650.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS & FURNITURE | 300.00 | 0.00 | | 0.00 | FA |
| 4. TV & ELECTRONICS | 175.00 | 0.00 | | 0.00 | FA |
| 5. NORMAL APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 6. BANK OF AMERICA | 700.00 | 0.00 | | 0.00 | FA |
| 7. BANK OF AMERICA | 110.00 | 0.00 | | 0.00 | FA |
| 8. HSBC BANK 237 SHARES | 1,806.00 | 0.00 | | 0.00 | 8,022.00 |
| 9. ERISA QUALIFIED | 25,500.00 | 0.00 | | 0.00 | FA |
| 10. 2016 TAXES | 1,300.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $93,496.00    $0.00    $0.00    $8,022.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case Status April 2018: Debtor's stock has been turned over to the Trustee. A broker will be employed to liquidate same.

Initial Projected Date of Final Report (TFR): 12/31/2017    Current Projected Date of Final Report (TFR): 10/01/2018

Trustee Signature:    /s/ N. Neville Reid, Trustee    Date: 04/25/2018

N. Neville Reid, Trustee
Fox, Swibel, Levin & Carroll, LLP
200 West Madison Street
Suite 3000
Chicago, IL  60606
(312) 224-1245
nreid@fslc.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 17-05047 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: CAROL A. PEDEN | Bank Name: |
| | Account Number/CD#: |
| Taxpayer ID No: | Blanket Bond (per case limit): $54,646,000.00 |
| For Period Ending: 03/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

TOTAL OF ALL ACCOUNTS

|   | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
|   | $0.00 | $0.00 | $0.00 |
|   | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:    /s/ N. Neville Reid, Trustee    Date: 04/25/2018

N. Neville Reid, Trustee
Fox, Swibel, Levin & Carroll, LLP
200 West Madison Street
Suite 3000
Chicago, IL  60606
(312) 224-1245
nreid@fslc.com

Page Subtotals:    $0.00    $0.00